IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| HAKIEM ANDERSON, | § | |
| | § | No. 64, 2021 |
| Defendant Below, Appellant, | § | |
| | § | Court Below:  Superior Court |
| v. | § | of the State of Delaware |
| | § | |
| STATE OF DELAWARE, | § | C.A. No. 1508015476 A&B |
| | § | |
| Plaintiff Below, Appellee. | § | |

Submitted:  March 23, 2022
Decided:  April 13, 2022

Before **SEITZ**, Chief Justice; **VALIHURA**, and **VAUGHN**, Justices.

# **O R D E R**

This 13th day of April 2022, having considered this matter on the briefs and oral arguments of the parties and the record below, and having concluded that the same should be affirmed on the basis of and for the reasons assigned by the Superior Court in its Amended Order dated February 2, 2021, and the Commissioner's Report and Recommendation dated October 19, 2020 which the Superior Court adopted.

NOW, THEREFORE, IT IS ORDERED that the judgments of the Superior Court be and the same hereby are AFFIRMED.

BY THE COURT:

*/s/ Karen L. Valihura*
Justice